IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD VICTOR SEVILLA,

      Plaintiff,                               CV F 06 0298 AWI WMW   P

  vs.                                        ORDER VACATING ORDER
                                              DIRECTING PAYMENT

STATE OF CALIFORNIA, et al.,

      Defendants.

       Plaintiff is a state prisoner proceeding pro se.  This action was filed on February 21, 2006, and transferred to this court on March 16, 2006.  Plaintiff sought leave to proceed in forma pauperis.   On March 24, 2006, an order was entered, granting plaintiff leave to proceed in forma pauperis and directing the California Department of Corrections to collect and forward to the court the filing fee from plaintiff's trust account.

       On February 16, 2006, plaintiff filed a duplicative civil action in this court.  Conccurent with this order, a finding and recommendation will be entered, recommending dismissal of this action as duplicative.  By this order, the court will vacate the order of March 24, 2006.  Plaintiff will therefore be liable for the filing fee in the February 16, 2006, case only.

       Accordingly, IT IS HEREBY ORDERED that:

1. The March 24, 2006, order directing payment of filing fee is vacated.

2. The Clerk shall is directed to serve a copy of this order on the Director of the

1

California Department of Corrections, 1515 S Street, Sacramento, California 95814.

       3.  The Clerk is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

**Dated:     April 5, 2006**                   **/s/  William M. Wunderlich**
mmkd34                                                UNITED STATES MAGISTRATE JUDGE