IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD VICTOR SEVILLA,

    Plaintiff,                        CV F 06 0298 AWI WMW   P

  vs.                                      FINDINGS AND RECOMMENDATION

STATE OF CALIFORNIA, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se. Plaintiff filed this action on February 21, 2006 in the Sacramento Division. On February 16, 2006, plaintiff filed a duplicative case in the Sacramento division, CV F 06 0172 AWI WMW P.   Both actions were transferred to this court.   A review of both actions reveals that both cases are identical. The court will therefore recommend dismissal of this action, without prejudice, as duplicative.

          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed as duplicative.

          These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections

1 within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
2 <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

6 IT IS SO ORDERED.

7 **Dated:   April 5, 2006**                                 **/s/  William M. Wunderlich**
mmkd34                                                 UNITED STATES MAGISTRATE JUDGE